STATE OF NEW JERSEY v. JOSEPH P. BOLGER.

March 20, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JERRY WIMBLEY

March 20, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE WATSON.

March 20, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. BRYANT MENCHION.

March 20, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WESLEY GOSSER.

March 20, 1972. Petition for certification denied.

MARY MUZIO, *ET AL.* v. GEORGE KRAUZER, *ET AL.*

March 20, 1972. Petition for certification granted.